1
2
3
4
5
6
7                       UNITED STATES DISTRICT COURT
8                    FOR THE EASTERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| GERARDO FARFAN,<br><br>            Plaintiff,<br><br>     v.<br><br>FORD MOTOR COMPANY,<br><br>            Defendant. | Case No.  1:22-cv-00256-JLT-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 9) |

On August 23, 2022, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 9.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 24, 2022**                    /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE